Case 4:24-mj-00386   Document 1   Filed on 08/30/24 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
**FILED**
*August 30, 2024*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **4:24-mj-386** |
| v. | § § | NO. 1:24CR 79 |
| MARTEL DEVANTE GILLIAM | § § | Judge: Crone - Stetson |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute methamphetamine)

On or about March 8, 2024, in the Eastern District of Texas, **Martel Devante Gilliam**, defendant, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

**Original Signature on File**
―――――――――――――――
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____     8/7/24
Russell E. James                         Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | §  NO. 1:24CR 79 |
| MARTEL DEVONTE GILLIAM | § § § |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 841(a)(1)

Penalty:   Imprisonment of not more than 20 years, a fine not to exceed $1,000,000, or both imprisonment and a fine; a term of supervised release of at least 3 years.

Special Assessment:   $100.00

Notice of Penalty-Page 1